IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br><br><br>GORDON LEE CONNELLY,<br><br>                Defendant. | CR-21-21-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on April 9, 2025. (Doc. 50.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and

Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on April 9, 2025 (Doc. 45.) The United States accused Gordon Connelly (Connelly) of violating the conditions of his supervised release by: (1) after being ordered on March 17, 2025, by Chief United States District Judge Brian Morris to take all mental health medications prescribed by his treating physician, refused to do so since March 21, 2025. (Doc. 42.)

At the revocation hearing, Connelly admitted he had violated the conditions of his supervised by: (1) after being ordered on March 17, 2025, by Chief United States District Judge Brian Morris to take all mental health medications prescribed by his treating physician, refused to do so since March 21, 2025.  (Doc. 45.)

Judge Johnston found that the violation Connelly admitted proves serious and warrants revocation of Connelly's supervised release and recommends a term of custody of time served with no supervised release to follow. (Doc. 50.)  The Court advised Connelly of his right to appeal and to allocute before the undersigned and he waived those rights. (Doc. 45.)

The violation proves serious and warrants revocation of Connelly's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 50) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Gordon Lee Connelly be sentenced to a term of custody of TIME SERVED with no supervised release to follow.

DATED this 9th day of April 2025.

_____
Brian Morris, Chief District Judge
United States District Courts